# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>CRAIG MICHAEL PEARSON,<br>LUIS FABIAN ORTIZ,<br>and<br>JESUS ADRIAN PADILLA-ECHEVERRIA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  19-mj-00109-NRN<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of April 25, 2019, in the county of El Paso in the State and District of Colorado, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Distribution and possession with intent to distribute narcotics |
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute narcotics |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

/s Jason Del Toro
*Complainant's signature*

DEA Special Agent Jason Del Toro
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 04/26/2019

City and state: Denver, Colorado

*Judge's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*