AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| CRAIG MICHAEL PEARSON | ) Case No. 19-mj-00109-NRN |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CRAIG MICHAEL PEARSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                                       Conspiracy to distribute narcotics

Date: 04/26/2019

*Issuing officer's signature* (signed) N. Reid Neureiter

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*