IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER TO RESTRICT | ) ) ) ) ) ) ) |

CASE NO.  19-mj-109

**Filed Under Restriction**

## MOTION TO UNRESTRICT IN PART

The United States of America, by and through Andrea Surratt, Assistant United States Attorney, hereby moves the Court to unrestrict docket 19-mj-109 but to maintain the complaint affidavit [Dkt #1, Attachment 1] under Level 2 restriction and as grounds therefore submits the following:

1. On April 26, 2019, the Government filed a complaint, complaint affidavit, arrest warrant, and related documents which were assigned docket number 19-mj-109. On motion from the Government, the docket and documents filed thereon were restricted at Level 3.

2. The defendants and their counsel are entitled to the documents filed on 19-mj-109. However, continuing to publicly restrict the complaint affidavit in this case is necessary because the facts contained in the complaint affidavit continue to form part of an ongoing investigation involving individuals who have not yet been arrested.  Thus, public disclosure would seriously jeopardize the investigation.

WHEREFORE, the Government respectfully moves to unrestrict 19-mj-109 except that the complaint affidavit [Dkt # 1, Attachment 1] shall be restricted at Level 2, so access is restricted to the Court, the Government, and counsel for the defendants.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    *s/ Andrea Surratt*
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California Street, Ste. 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    Fax:  303-454-0403
    E-mail:  Andrea.Surratt@usdoj.gov
    Attorney for Government

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 29th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

       By:  *s/ Monica Houston*
       MONICA HOUSTON
       Legal Assistant