IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00109-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   **CRAIG MICHAEL PEARSON**,
2.   LUIS FABIAN ORTIZ,
3.   JESUS ADRIAN PADILLA-ECHEVERRIA,

       Defendant.

---

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PEARSON

---

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Craig Michael Pearson in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ David E. Johnson
       DAVID E. JOHNSON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       David_johnson@fd.org
       *Attorney for Defendant Craig Michael Pearson*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 30, 2019, I filed the foregoing ***Notice of Appearance on Behalf of Defendant Pearson*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Andrea L. Surratt, Assistant United States Attorney
  E-mail:  <u>andrea.surratt@usdoj.gov</u>

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Craig Michael Pearson (via U.S. mail)
  Reg. No. 09497-051
  c/o FDC – Englewood

            <u>s/ David E, Johnson</u>
            DAVID E. JOHNSON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            David_johnson@fd.org
            *Attorney for Defendant Craig Michael Pearson*