**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-mj-00109-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,

    Defendant.

**UNOPPOSED MOTION TO RESCHEDULE DETENTION HEARING AS TO DEFENDANT CRAIG MICHAEL PEARSON**

The United States of America respectfully moves this Court to reschedule the detention hearing for Defendant Craig Michael Pearson, which is currently set at 2:00 PM on Wednesday, May 1, 2019, to 1:30 PM on the same day.  In support of this motion, the Government states as follows:

<u>Certificate of Conference</u>.  The undersigned Assistant U.S. Attorney conferred with Counsel for the Defendant and this motion is unopposed.

    1.    On April 26, 2019, the Defendant and two other individuals were charged with drug related crimes by Criminal Complaint.  Each of these defendants had initial appearances and detention hearings were set on May 1, 2019 at 10:00 AM (two defendants) and 2:00 PM (Defendant Pearson).  The separate setting was to accommodate Defendant Pearson's counsel's schedule.

    2.    The undersigned AUSA has a medical appointment at 3:00 PM on May 1, 2019.  He anticipates that rescheduling this hearing to 1:30 PM, to ensure that it comes

before the 2:00 PM criminal duty docket, should be sufficient to make that appointment.

3.   Defense counsel advised that he can attend the hearing at 1:30 PM, but not sooner due to other commitments.

For the foregoing reasons, the Government submits that good cause exists to reschedule the detention hearing for Defendant Pearson to 1:30 PM on May 1, 2019, and it asks that the Court grant this motion.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ David Tonini*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California, Ste 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail:  David.Tonini@usdoj.gov

Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2019, I electronically filed the foregoing UNOPPOSED MOTION TO RESCHEDULE DETENTION HEARING AS TO DEFENDANT CRAIG MICHAEL PEARSON with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
AFPD David Johnson

**Email Address:**
David_Johnson@fd.org

                                  *s/ David Tonini*
                                  By: David Tonini
                                  Assistant U.S. Attorney