### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:19-mj-00109-NRN-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG MICHAEL PEARSON,

    Defendant.

_____

### ORDER OF DETENTION
_____

THIS MATTER came before the court for a detention hearing on 5/1/2019, after the Government moved for detention under 18 U.S.C. § 3142. Defendant, through counsel, indicated to the Court that Defendant consented to detention, thus waiving the right to a detention hearing and agreeing, voluntarily, to detention. *See United States v. Clark,* 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.")

The Court has taken judicial notice of the Pretrial Services Report (if any was available as of the time of the hearing) and the entire court file. The Court has also weighed the factors listed in the Bail Reform Act. 18 U.S.C. § 3142(g). Based on this information, Defendant's consent to detention, and the nature and circumstances of the

alleged offense (alleged violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846), the Court finds by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure Defendant's appearance as required; and by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

IT IS ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED: 5/1/2019

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge