IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00227-CMA-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, and
4. LUIS RENE ZAVALA-ACOSTA

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE

      This matter is before the Court on Defendant Luis Fabian Ortiz's Unopposed Motion For Ends of Justice Continuance of 120 Days (Doc. # 54). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion, specifically:

- Because defense counsel was recently appointed, defense counsel needs additional time to review and analyze recently obtained discovery materials, conduct an investigation into the facts of the case, and effectively prepare for trial, (Doc. # 542 at 2);

- defense counsel's review of discovery materials has been delayed due to inadvertent technical difficulties in accessing the discovery materials (*Id.*);

- this Court has granted Co-Defendant Zavala-Acosta's Unopposed Motion to Exclude Time for Ends of Justice (Doc. # 52);

- Neither the Government nor the remaining Co-Defendants Craig Michael Pearson and Jesus Adrian Padilla-Echeverria oppose the Motion.

At the time the Court issued its Order Granting Co-Defendant Zavala-Acosta's Unopposed Motion to Exclude Time for Ends of Justice (Doc. 52), the Court's Order was not clear that the ends of justice continuance was granted as to all Defendants in this action. Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and Mr. Ortiz in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion For Ends of Justice Continuance (Doc. # 54) is GRANTED and the Court hereby grants an ends of justice continuance in this case for Co-Defendants Craig Michael Pearson, Luis Fabian Ortiz, and Jesus Adrian Padilla-Echeverria of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at **July 17, 2019**</u>. It is

FURTHER ORDERED that Defendants Craig Michael Pearson, Luis Fabian Ortiz, and Jesus Adrian Padilla-Echeverria shall have the same trial date, and will be subject to the same pretrial motion deadline, Final Trial Preparation Conference, and Change of Plea Hearing currently set for Defendant Zavala-Acosta. As to Defendants Craig Michael Pearson, Luis Fabian Ortiz, and Jesus Adrian Padilla-Echeverria, it is

FURTHER ORDERED that pretrial motions are due by **September 25, 2019**. Responses are due by **October 9, 2019**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendants and counsel for the Government shall confer and e-mail Chambers at

arguello_chambers@cod.uscourts.gov to set such a hearing. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **June 26, 2019**, is VACATED and RESET to **October 23, 2019, at 3:00 PM**. It is

FURTHER ORDERED **that the five-day** jury trial set to begin on **July 8, 2019,** is VACATED and RESET to **November 4, 2019 at 8:30 AM**.

DATED:  June 18, 2019              BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge