IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, AND
4. LUIS RENE ZAVALA-ACOSTA,

    Defendants.

---

**PROTECTIVE ORDER REGARDING DIGITAL DEVICE EXTRACTIONS AND ASSOCIATED REPORTS**

---

    This matter is before the Court on the Government's Unopposed Motion for Protective Order Regarding Digital Device Extractions and Associated Reports (Doc. # 57). Having reviewed the Motion, pertinent record, and applicable law, the Court hereby finds that good cause exists and GRANTS the Government's Motion. It is

    ORDERED that Government's Unopposed Motion for Protective Order Regarding Digital Device Extractions and Associated Reports (Doc. # 57) is GRANTED. It is

FURTHER ORDERED that this Protective Order shall govern the following information:

1. All cell phone, computer, or digital storage extractions and associated reports pertaining to another Defendant in this case shall be used only for official purposes related to judicial proceedings in this case, to include any appeal, and for no other purpose.

2. To designate material covered by this Protective Order, the parties shall so designate, on the material itself, in an accompanying cover letter, or on a disc covered with the following designation: "SENSITIVE INFORMATION – SUBJECT TO PROTECTIVE ORDER Doc. # 58.

3. Where a Defendant has been detained pending trial pursuant to 18 U.S.C. §§ 3142 or 3145, the Defendant shall review all discovery contemplated by this order with his attorneys or designated agents of the Defense team. The Defendant will not be permitted to possess the discovery contemplated by this order when his attorneys or agents of his Defense team are not present.

4. Where a Defendant is on bond, the material may be reviewed under the supervision of the Defense attorneys who have entered their appearance in this case, their associates, and the confidential employees or assistants working with such Defense attorneys. The material will not be entrusted to the care and custody of the Defendant without such supervision. Defendants on bond are not to e-mail, print, or duplicate the material.

5. With the exception of copies prepared by counsel of record or their staff for official use in relation to this case, unless the attorneys for the Defense and the Government come to a specific understanding to the contrary, the cell phone, computer, or digital storage extractions and associated reports pertaining to another Defendant in this case shall not be copied, reproduced, published, or publicly circulated by the Defense without further order of Court or until such material is used in judicial proceedings at the time of trial or in official hearings or proceedings related to this case.

6. In the event the Defense and the Government agree that certain materials or documents should be exempted from the limits otherwise imposed by this Order, they may exempt such material by mutual agreement. Conversely, if the parties cannot agree on redaction as an appropriate remedy for some of the material, they will seek a ruling by the Court. Similarly, in the event that the Defense and Government disagree or are unclear about the meaning or application of this Order with respect to some document, digital file, or other material in this case, the parties may bring the issue to the attention of the Court.

7. At the conclusion of the case (to include any appeal or collateral attack pursuant to 28 U.S.C. § 2255), all cell phone, computer, or digital storage extractions and associated reports pertaining to another Defendant in this case may be returned to the Government or disposed of or stored in a

manner that prevents unauthorized disclosure, unless directed otherwise by an Order of the Court.

It is FURTHER ORDERED that this Protective Order shall apply to all parties in this case.

DATED: June 27, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge