# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 19-cr-00227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, AND
4. LUIS RENE ZAVALA-ACOSTA,

    Defendants.

---

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER REGARDING REPORTS CONTAINING SENSITIVE STATEMENTS

---

This matter is before the Court on the Government's Unopposed Motion for Protective Order Regarding Reports Containing Sensitive Statements (Doc. # 59). Having reviewed the Motion, pertinent record, and applicable law, and for good cause shown, it is

ORDERED that the Government's Unopposed Motion for Protective Order Regarding Reports Containing Sensitive Statements (Doc. # 59) is GRANTED. It is

FURTHER ORDERED that the following Protective Order shall govern documents and reports relevant to statements made by various Defendants, co-conspirators, and other witnesses to law enforcement in addition to the documents listed below. It is

FURTHER ORDERED that the following Protective Order shall take effect upon entry of this Order:

1.  Upon entry of this Order, to designate material covered by this Protective Order, the parties shall so designate, on the material itself, in an accompanying cover letter, or on a disc covered with the following designation: "SENSITIVE INFORMATION – SUBJECT TO PROTECTIVE ORDER [Doc ___]."

2.  Upon entry of this Order, the following already-produced documents shall be considered sensitive information subject to the terms of this Protective Order:

| | | |
|---|---|---|
| INV_00000017-26 | INV_00000690 | SW_000000033-39 |
| INV_00000614 | INV_00000691 | SW_00000046-57 |
| INV_00000621-622 | INV_00000701-702 | |
| INV_00000625-626 | INV_00000703-704 | |
| INV_00000627-628 | INV_00000705-710 | |
| INV_00000688 | INV_00000711 | |
| INV_00000689 | SW_00000014-25 | |

3.  Where a Defendant has been detained pending trial pursuant to 18 U.S.C. §§ 3142 or 3145, the Defendant shall review all discovery contemplated by this Order with his attorneys or designated agents of the defense team. If counsel for the Defendant has not yet produced the above-listed documents to their client, the Defendant will not be permitted to possess the discovery contemplated by this Order when his attorneys or agents of his defense team are not present.

4.  Where a Defendant is on bond, the material may be reviewed under the supervision of the defense attorneys who have entered their appearance in this case, their associates, and the confidential employees or assistants working with such defense attorneys. If counsel for the Defendant has not yet produced the above-listed documents to their client, the material will not be entrusted to the care and custody of the Defendant without such supervision. A Defendant on bond shall not e-mail, print, or duplicate the material.

5.  With the exception of copies prepared by counsel of record or their staff for official use in relation to this case, unless the attorneys for the Defense and the Government come to a specific understanding to the contrary, the documents covered by this Order shall not be copied, reproduced, published, or publicly circulated by the Defense without further order of the Court or until such material is used in judicial proceedings at the time of trial or in official hearings or proceedings related to this case.

5.  In the event the Defense and the Government agree that certain materials or documents should be exempted from the limits otherwise imposed by this Order, they may exempt such material by mutual agreement. Conversely, if the parties cannot agree on redaction as an appropriate remedy for some of the material, they will seek a ruling by the Court. Similarly, in the event the Defense and Government disagree or are unclear about the meaning or application of this Order with respect to some document, digital file, or other material in this case, the parties may bring the issue to the attention of the Court.

6. At the conclusion of the case (to include any appeal or collateral attack pursuant to 28 U.S.C. § 2255), all documents covered by this Order must be returned to the Government or disposed of or stored in a manner that prevents unauthorized disclosure, unless directed otherwise by order of the Court.

DATED: July 24, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge