IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00227-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **CRAIG MICHAEL PEARSON**,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, and
4. LUIS RENE ZAVALA-ACOSTA,

       Defendant.

## UNOPPOSED MOTION TO EXTEND MOTIONS' DEADLINE TO OCTOBER 7, 2019

       Defendant, Craig Michael Pearson ("Mr. Pearson"), by and through undersigned counsel, David E. Johnson, hereby files the below Unopposed Motion to Extend the motions' deadline to October 7, 2019, and in support thereof, states as follows:

       1.     Pretrial motions are currently due September 25, 2019.

       2.     The parties have discussed a plea disposition in this case. However, undersigned counsel needs additional time to review an issue in this case and discuss with Mr. Pearson. The extension request provides counsel with necessary time.

       3.     A co-defendant in this case has filed a motion for a 10-day extension of time to the motions deadline. Doc. 61. Because that 10-day extension would fall on a Saturday, undersigned counsel requests extending his pretrial motions deadline to October 7, 2019.

4. Undersigned counsel has conferred with Assistant United States Attorney Ms. Andrea Surratt, who does not oppose this motion.

WHEREFORE, this unopposed motion should be granted and the motions' deadline should be extended to October 7, 2019.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        *Attorney for Defendant Craig Michael Pearson*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on September 23, 2019, I filed the foregoing **UNOPPOSED MOTION TO EXTEND MOTIONS' DEADLINE TO OCTOBER 7, 2019** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address and all counsel of record:

  Andrea L. Surratt, Assistant United States Attorney
  E-mail:  andrea.surratt@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Craig Michael Pearson (via U.S. mail)
  Reg. No. 09497-051
  c/o FDC – Englewood

           <u>s/ David E, Johnson</u>
           DAVID E. JOHNSON
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           David_johnson@fd.org
           *Attorney for Defendant Craig Michael Pearson*