IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00227-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **CRAIG MICHAEL PEARSON**,

        Defendant.

## NOTICE OF DISPOSITION

Defendant, Craig Michael Pearson ("Mr. Pearson"), by and through undersigned counsel, David E. Johnson, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant notes that a change of plea hearing is set for October 23, 2019, at 3:00 p.m.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        *Attorney for Defendant Craig Michael Pearson*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2019, I filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses and all counsel of record:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

David A. Tonini, Assistant United States Attorney
E-mail:  david.tonini@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Craig Michael Pearson (via U.S. mail)
Reg. No. 09497-051
c/o Clear Creek County Jail

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
*Attorney for Defendant Craig Michael Pearson*

2