1)

To the Department of Justice!

To Whom it May Concern,

Hello My Name is Craig Michael Pearson, D.O.B is 10/10/1970., I'm a Federal Pre-Trial Detainee Here at The Clear Creek County Jail Detention Facility Under the Denver Branch U.S Marshalls Hold Fighting a Federal Drug Case. The Address here is P.O. Box 518 or 405 Argentine Street Georgetown, Colorado 80444.

I have a (PREA) case here, which involves a Control Tech Named Cassandra, which she seemed a Nice Person, Then it started to get a little Personal. By the Way I've been here since June 19, 2019. I was in General Population till August 4th, 2019, when I received a Write-up for Contraband in my Cell, which they Classified me under Administration Segregation (Adseg) For the rest of my time to be placed here in (SHU), As I was placed here Me and Cassandra would talk here and there, she started to tell me Personal Information which me as an Inmate and her as an Employee, I didn't need to know these things. →

2)

So My Two Instances of My (PREA) case are as Follows 1.) She told me she received a Diaper from her Colleague "Deputy Thorton" for being here a Year, which was September 17th, 2019. Her Year Anniversary present from him, and she was going to go celebrate in Her Home naked with it on! and to Think of her which I Took as a Sexual Derogatory Comment, It didn't sit well in My Mind, plus she told me several positions she likes when she's having Sexual Intercourse. 2.) She told me she would be Shadowing "Deputy BROTZ" another College officer of hers which is a Woman, on the 23rd of September 2019. And to Check her out when she Comes by the (SHU) and to say Nothing, Cause she Could be In Trouble if they knew I knew this. Which She told me she has to Clear with Her Boss Sargeant LUCAS, which she said she Talked to! Plus there is more Information and Things, that she's told me that I can verify! I Myself feel Sexually Violated and Exploited Concerning this Matter. I've put (4) PREA Incidents, The same one. But 4 times and have not been Taken Seriously on Interviewed at all, So I put 4 (PREA'S) statements Into their KIOSK →

3)

Machine, here at the Clear Creek County Jail. They've treated this matter as it were a "Joke". They haven't taken the proper steps to investigate this matter! Which is 1) Me To Speak to an Investigator.
2) To See Medical Staff Myself.
3) To See a Psychologist Myself.

And to put this employee on suspended leave till matters are resolved. The only time I was spoken to was by Sargeant Lucas and he stated, This is an employee problem. Nothing more. So I've contacted my federal attorney David Johnson, which he referred me to his investigator Raelee Knapp, which she in turn spoke to the head U.S. Marshall (Jason) to investigate this matter! And move me to Another Facility, which hasn't happened yet and I feel very much I'm in danger for my safety! Another issue is the (PREA) Hotline here is restricted to inmates, as Raelee Knapp, let the Marshalls know! So I had an anonymous party call the PREA Hotline 1-800-869-4499, to explain my situation. →

4)

So to this Date, which is 10/16/2019, I talked to Raelee Knapp my lawyers investigator. She told me she spoke to (Jason) the U.S. Marshall, and he did his own investigation here in Clear Creek County, Which Their investigation Team has decided to use me as a Cover-up for the (PREA) incident, a smoke screen Cover up, per say! As to say The only Reason I want Moved is to get Drugs through the Mail, As they've interviewed other inmates, and This is what They were supposedly Told, why would they Bring other inmates into this matter when I'm #1) In the SHU with only 2 other inmates
2) I'm Not in General population.
3) This is hear say, Not any facts on Recorded statements.
4) Does Not pertain to My (PREA) Issue at Hand.

I Believe it was the only thing they Could Stand on to make me be the Bad Guy and Cover up any wrong doing on their part. Plus I havent spoken to any other inmates at all Concerning Myself In Moving on the PREA Incident. So Raelee Knapp and the Marshalls are Still Keeping me here at this facility on their →

5)

Here-Say! While the Administration and their Staff keep everything HUSH-HUSH, while they "make" their own rules and Break the rules of proper procedure, As an inmate I feel have certain rights as well, and believe they were Violated even though I am an Inmate. Plus Raelee Knapp told me on the phone this Morning that the 1-800-PREA Hotline was Not Restricted anymore as what the U.S. Marshall Jason had told her. In which I tried to call myself after she said this. It was a lie as it was still Restricted on this Phone System in Clear Creek County Jail. I called her Back and told her this, as she said she would let (Jason) the U.S. Marshall know that this Number is still Restricted to Inmates here in Clear Creek County Jail. With All this HERE-SAY and COVER-UP and lies, I feel My Safety is in Jeopardy and feel In Danger for My own life.

Sincerely Yours,

Craig Michael Pearson

CRAIG PEARSON # 09491-051
CLEAR CREEK COUNTY JAIL
P.O. BOX 518
GEORGETOWN, CO 80444

✱ LEGAL MAIL
CONFIDENTIAL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 21 2019
JEFFREY P. COLWELL
CLERK

80294-250151

UNITED STATES DISTRICT COURT
ATTN: HONORABLE JUDGE ARGUELLO
901 19th ST.
DENVER, CO
80294