December 19, 2019

Craig M. Pearson
Clear Creek County Jail
P.O. Box 518
Georgetown, CO 80444

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2019

JEFFREY P. COLWELL
CLERK

United State District Court
ATTN: Honorable Judge Christine Arguello
901 19th St
Denver, CO 80294

RE: U.S.A. v. Pearson, Case No. 19-cr-00227-CMA

Dear Judge Arguello,

My Public Defender, David Johnson, mentioned an idea to continue my sentencing that is set in your court on January 14, 2020 at 3 pm.

I want it stated for the record that I oppose Mr. Johnson's idea, and do NOT want to continue my sentencing hearing. Thank you.

Very Truly Yours,

Craig M. Pearson