IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| CRAIG MICHAEL PEARSON,<br>              Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>              PLAINTIFF. | ) CASE NO. 19-CR-227-CMA<br>)<br>) MOTION FOR SENTENCE REDUCTION<br>) UNDER 18 U.S.C. § 3582(c)(1)(A)<br>)<br>)<br>)<br>) |

   COMESNOW the above-named defendant pro se and moves this Court with a motion for sentence reduction under 18 U.S.C. §3582(c)(1)(A).

   Defendant has exhausted his administrative remedies pursuant to 18 U.S.C. 3582(c)(1)(A) attached hereto as Exhibit-A.

   As the defendant is a non-violent drug offender with medical issues, the defendant also asks for relief as defendant has no legal expertise and requests the Court to appoint counsel for the interests of justice in order to represent the defendant in this matter.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 05 2021
JEFFREY P. COLWELL
CLERK

DATED THIS 4/1/2021 DAY OF APRIL, 2021.

CRAIG M. PEARSON #09497-051
FCI ENGLWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO. 80123