# Exhibit A

PEARSON, Craig Michael
Reg. No. 09497-051
East

INMATE REQUEST TO STAFF MEMBER
You requested a Compassionate Release based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement (PS) No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition, debilitated medical condition, status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate", the death or incapacitation of the family member caregiver of the inmate's child, or the incapacitation of the inmate's spouse or registered partner.

Your request has been evaluated consistent with this general guidance regarding your specific request of extraordinary and compelling reasons due to COVID-19 and your stated "high level health risk" Upon review of your request by FCI Englewood medical personnel, it was determined that you do not meet medical criteria for consideration of Reduction in Sentence/Compassionate Release.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your Compassionate Release request is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          _____
B. Greilick, Warden                       Date  4/25/2020

**CRAIG MICHAEL PEARSON #09497-051**
FCI ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO. 80123

DENVER CO 802
2 APR 2021 PM 4 L

Clerk of Court
901 19th St.
Denver, CO. 80294

