IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00227-CMA-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CRAIG MICHAEL PEARSON,

       Defendant.

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

       Pursuant to General Order 2020-7, Jamie Hubbard of the law firm Stimson Stancil LaBranche Hubbard, LLC hereby enters her appearance as court appointed CJA counsel for Craig Michael Pearson in the above-captioned case.  Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

       Dated: April 11, 2021.

1

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@sslhlaw.com

*Attorney for Craig Michael Pearson*

**Certificate of Service**

I certify that on April 11, 2021, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Lee Surratt
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
andrea.surratt@usdoj.gov

David Alan Tonini
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
david.tonini@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam