IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00227-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,

    Defendant.

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

This matter is before the Court on Defendant Craig Michael Pearson's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) ("Motion for Compassionate Release"). (Doc. # 184.) For the following reasons, the Motion is denied without prejudice.

Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), a district court may reduce a defendant's term of imprisonment on motion of either the director of the Bureau of Prisons or a defendant only if three requirements are met: (1) the district court finds that extraordinary and compelling reasons warrant such a reduction; (2) the district court finds that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and (3) the district court considers the factors set forth in § 3553(a), to the extent that they are applicable. *United States v. Maumau*, 993 F.3d 821, 831 (10th Cir. 2021). As the movant, Mr. Pearson bears the burden to establish that he

is eligible for a reduction in sentence. *United States v. Jones*, 836 F.3d 896, 899 (8th Cir. 2016); *United States v. Green*, 764 F.3d 1352, 1356 (11th Cir. 2014).

Mr. Pearson filed his one-page, *pro se* Motion for Compassionate Release on April 5, 2021. Therein, he vaguely asserts that compassionate release is warranted because he is a "non-violent drug offender with medical issues." (Doc. # 184 at 1.) Notably, Mr. Pearson has failed to provide any further information or supporting documentation concerning those medical issues. Counsel for Mr. Pearson entered an appearance on April 11, 2021, but has not filed an amended Motion for Compassionate Release on his behalf. (Doc. # 185.)

The Court finds that Mr. Pearson has failed to establish (1) extraordinary and compelling reasons warrant a reduction in his sentence; (2) such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and (3) the applicable factors set forth in § 3553(a) support a reduction in sentence. Accordingly, it is

ORDERED that Mr. Pearson's Motion for Compassionate Release (Doc. # 184) is DENIED WITHOUT PREJUDICE.

DATED:  October 1, 2021

BY THE COURT:

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge